Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

Thomas Rich McInnis
101 Esplanade
Aptos, CA 95003
**Defendant, Pro Se**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| JOE HAND PROMOTIONS, INC., | Case No. 5:10-cv-01614-LHK |
|---|---|
| Plaintiff, | STIPULATION OF PLAINTIFF JOE HAND PROMOTIONS, INC. AND DEFENDANT THOMAS RICH McINNIS STIPULATION TO EXTEND THE ADR DEADLINE; AND ORDER (Proposed) |
| v. | |
| THOMAS RICH McINNIS, et al. | |
| Defendant. | |

TO THE HONORABLE LUCY H. KOH, THE PARTIES, AND THEIR

ATTORNEY/S OF RECORD:

By and through their counsel, Plaintiff Joe Hand Promotions, Inc., and Defendant Thomas Rich

McInnis, hereby agree, stipulate, and respectfully request that this Honorable Court extend the ADR

deadline in the instant action from February 28, 2011 to April 7, 2011 pursuant to ADR Local Rule 6-

5[1].

---

[1] Plaintiff's counsel and defendant Thomas Rich McInnis sincerely apologize that this Stipulation is filed late and not
fourteen (14) days or more beyond the presently scheduled ADR deadline of February 28, 2011.  Due to difficulties in
Plaintiff's counsel reaching defendant McInnis and Mr. McInnis reaching Plaintiff's counsel throughout the month of
February 2011, their participation in the pre mediation teleconference with Court appointed mediator Vicki Veenker was
delayed, which in turn delayed preparation and filing of this Stipulation.

STIPULATION OF PLAINTIFF JOE HAND PROMOTIONS, INC. AND DEFENDANT
THOMAS RICH McINNIS STIPULATION TO EXTEND THE
ADR DEADLINE; AND ORDER (Proposed)
CASE NO. 5:10-cv-01614-LHK

1.      This request is necessary because, due to scheduling conflicts of defendant Thomas Rich McInnis and Plaintiff's counsel Thomas P. Riley, the Parties were unable to concur with Court appointed mediator Vicki Veenker until Wednesday, February 23, 2011.  In this telephonic conference however, defendant Thomas Rich McInnis, Plaintiff's counsel, and mediator Veenker were able to conduct a meaningful discussions towards settlement and the procedures to be followed at the Court ordered mediation.  In the teleconference the participants were further able to clear the date of Thursday, April 7, 2011 as the first mutually convenient date to conduct the mediation.

2.      Court appointed mediator Vicki Veenker interposes no objection to the extension of the present ADR deadline from February 28, 2011 to and through April 7, 2011.

        **WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court continue the deadline to conduct the ADR from February 28, 2011 to and through Thursday, April 7, 2011.


                                        Respectfully submitted,


Dated: February 25, 2011            */s/ Thomas P. Riley*_____
                                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                    By: Thomas P. Riley
                                    Attorneys for Plaintiff
                                    Joe Hand Promotions, Inc.


Dated: February  25, 2011            */s/ Thomas Rich McInnis*_____
                                    **Thomas Rich McInnis**
                                    Defendant

///
///
///
///
///

**STIPULATION OF PLAINTIFF JOE HAND PROMOTIONS, INC. AND DEFENDANT
THOMAS RICH MCINNIS STIPULATION TO EXTEND THE
ADR DEADLINE; AND ORDER (Proposed)
CASE NO. 5:10-cv-01614-LHK**

1

## <u>ORDER</u> (Proposed)

2          **IT IS HEREBY ORDERED** that the ADR deadline in civil action 5:10-cv-01614-LHK styled

3     *Joe Hand Promotions, Inc. v. Thomas Rich McInnis, et al*. is hereby continued from February 28, 2011

4     to and through Thursday, April 7, 2011.

5

6

7

8     **IT IS SO ORDERED**:

9

10    _____          Dated:_____
                                                       March 4, 2011

11    **THE HONORABLE LUCY H. KOH**
      **United States District Court**
12    **Northern District of California**

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///
      ///

**STIPULATION OF PLAINTIFF JOE HAND PROMOTIONS, INC. AND DEFENDANT**
**THOMAS RICH MCINNIS STIPULATION TO EXTEND THE**
**ADR DEADLINE; AND ORDER** (Proposed)
**CASE NO. 5:10-cv-01614-LHK**