UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| JOE HAND PRODUCTIONS, INC.,<br>    Plaintiff, | No. C 10-1614 LHK |
| v. | **ORDER RE: ATTENDANCE** |
| THOMAS RICH McINNIS, et al.,<br>    Defendants.<br>_____/ | Date:      April 7, 2011<br>Mediator:  Vicki Veenker |

   IT IS HEREBY ORDERED that plaintiff's request to allow its representative, Joseph Hand, Jr., to appear by videoconference at the April 7, 2011 mediation before Vicki Veenker is GRANTED. Mr. Hand shall be available at all times to participate in the mediation session in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

March 11, 2011          By:          *Elizabeth D. Laporte*
Dated                                          Elizabeth D. Laporte
                                            United States Magistrate Judge