UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 10-CV-01614-LHK |
| Plaintiff, | ORDER SETTING BRIEFING AND HEARING SCHEDULE ON RENEWED SUMMARY JUDGMENT AND SANCTIONS MOTIONS |
| v. | |
| THOMAS RICH MCINNIS, et al., | |
| Defendants. | |

On May 17, 2011, Plaintiff Joe Hand Promotions, Inc. filed a renewed motion for summary judgment against Defendant Thomas McInnis, as well as a motion for terminating sanctions against Defendants McInnis and Sara Unger. In order to resolve these motions prior to the June 8, 2011 settlement conference and well in advance of the June 20, 2011 trial date, the Court sets the following schedule for briefing and hearing:

(1) Defendant McInnis must file any opposition to Plaintiff's motion for summary judgment by Thursday, May 26, 2011. Defendants McInnis and Unger must file any opposition to Plaintiff's motion for terminating sanctions by Thursday, May 26, 2011.

(2) Plaintiff's reply briefs on both motions are due Tuesday, May 31, 2011.

(3) The Court will hold a hearing, if necessary, on Thursday, June 2, 2011 at 1:30 p.m.

1

Case No.: 10-CV-01614-LHK
ORDER SETTING BRIEFING AND HEARING SCHEDULE ON RENEWED SUMMARY JUDGMENT AND SANCTIONS MOTIONS

1   The parties are reminded that a pre-trial conference is scheduled for Wednesday, June 1, 2011 at 2
2   p.m.  If the Court is able to resolve the motions without a hearing, the Court will advise the parties
3   at the pre-trial conference.
4   **IT IS SO ORDERED.**

6   Dated: May 19, 2011                                   _____
7                                                          LUCY H. KOH
                                                           United States District Judge