UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 10-CV-01614-LHK |
| Plaintiff, | ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON RENEWED SUMMARY JUDGMENT AND SANCTIONS MOTIONS; CONTINUING PRE-TRIAL CONFERENCE |
| v. | |
| THOMAS RICH MCINNIS, et al., | |
| Defendants. | |

A hearing on Plaintiff's renewed motion for summary judgment against Defendant Thomas McInnis and motion for terminating sanctions against Defendants McInnis and Sara Unger is currently set for June 2, 2011. However, it appears that Defendants did not receive copies of these motions until a few days before opposition briefs were due. In order to afford Defendants a sufficient opportunity to oppose Plaintiff's motions, the Court hereby extends the briefing and hearing schedule as follows:

(1) Defendant McInnis must file any opposition to Plaintiff's motion for summary judgment by Friday, June 3, 2011. Defendants McInnis and Unger must file any opposition to Plaintiff's motion for terminating sanctions by Friday, June 3, 2011.

(2) Plaintiff's reply briefs on both motions are due Monday, June 6, 2011.

(3) The Court will hold a hearing, if necessary, on Thursday, June 9, 2011 at 1:30 p.m.

1

Case No.: 10-CV-01614-LHK
ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON RENEWED SUMMARY JUDGMENT AND SANCTIONS MOTIONS; CONTINUING PRE-TRIAL CONFERENCE

In addition, the Court hereby CONTINUES the pretrial conference to June 9, 2011 at 1:30 p.m., to follow the hearing on Plaintiff's motions.  In order to ensure that Defendants receive timely notice of the extended schedule, court staff will call Defendants at the phone numbers provided in their recent letters to the Court and inform them of the new schedule.  A copy of this Order will also be mailed to Defendants' addresses.

**IT IS SO ORDERED.**

Dated: May 31, 2011

_____
LUCY H. KOH
United States District Judge