UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> THOMAS RICH MCINNIS, et al., ) <br> ) <br>     Defendants. ) <br> ) <br> _____ ) | Case No.: 10-CV-01614-LHK <br><br> ORDER GRANTING APPLICATION TO EXTEND REPLY BRIEF DEADLINE AND CONTINUE PRETRIAL CONFERENCE |

On June 2, 2011, Plaintiff filed an *ex parte* application to extend the deadline for filing reply briefs on two pending motions and to continue the June 9, 2011 pretrial conference. Plaintiff states that he requires additional time to prepare replies to any opposition briefs that may be filed by Defendants and advises the Court that the pretrial conference date conflicts with an important personal commitment. The Court has considered Plaintiff's application and the attached declaration and finds good cause for a limited continuance of both dates. Accordingly, the Court orders as follows:

(1) The deadline for filing replies in support of Plaintiff's renewed motion for summary judgment and motion for terminating sanctions is extended to Tuesday, June 7, 2011.

(2) The pretrial conference and the hearing on Plaintiff's motions are continued to Friday, June 10, 2011, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 3, 2011

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01614-LHK
ORDER GRANTING APPLICATION TO EXTEND REPLY BRIEF DEADLINE AND CONTINUE PRETRIAL CONFERENCE