1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

**SAN JOSE DIVISION**

10

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | Case No.: 10-CV-01614-LHK |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING PRETRIAL |
| | ) | CONFERENCE, AND MOTION |
| v. | ) | HEARING |
| | ) | |
| THOMAS RICH MCINNIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

11
12
13
14
15
16
17

The Court has been informed that the parties in this case have reached a settlement

18  agreement.  However, until the parties file a **stipulation of dismissal**, the pretrial conference and

19  motion hearing set for Friday, June 10, 2011 will remain as set.  A notice of settlement is not

20  sufficient to vacate the scheduled court dates.

21  **IT IS SO ORDERED.**

22
23  Dated: June 7, 2011

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

24
25
26
27
28

1