UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 10-CV-01614-LHK |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE; VACATING SCHEDULED COURT DATES |
| v. | |
| THOMAS RICH MCINNIS, et al., | |
| Defendants. | |

On June 7, 2011, Plaintiff filed a stipulation of dismissal signed by all parties. Pursuant to the stipulation, the parties have agreed to dismiss with prejudice Plaintiff's Complaint against Defendants Thomas Rich McInnis and Sarah Ann Unger, individually and doing business as Seabreeze Tavern. The stipulation states that Defendants are to pay zero dollars and no cents under the terms of the settlement.

Accordingly, this case is hereby DISMISSED with prejudice. The scheduled motion hearing, pretrial conference, and trial dates are VACATED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 7, 2011

_____
LUCY H. KOH
United States District Judge